**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CADENCE DESIGN SYSTEMS INC.,**<br><br>   Plaintiff,<br><br>   vs.<br><br>**BERKELEY DESIGN AUTOMATION INC.,**<br><br>   Defendant. | Case No.: 13-CV-01539 YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

On April 30, 2013, Defendant filed a Motion to Dismiss (Dkt. No. 12).  On May 14, 2013, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1(B).  In light of the filing of the amended complaint, the Motion to Dismiss (Dkt. No. 12) and the Administrative Motion to File Documents Under Seal (Dkt. No. 11) in support thereof are both **DENIED AS MOOT**.  The hearing set for June 4, 2013, is **VACATED**.

This terminates Dkt. Nos. 11 & 12.

**IT IS SO ORDERED.**

Date: May 29, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**