**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **CADENCE DESIGN SYSTEMS INC.,**<br><br>　　Plaintiff,<br><br>　　vs.<br><br>**BERKELEY DESIGN AUTOMATION INC.,**<br><br>　　Defendant. | Case No.: 13-CV-1539 YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the representations of the parties, that the above-captioned case has settled. Accordingly, all pending motion, case management and trial dates are **VACATED**. A compliance hearing shall be held on **Friday, November 15, 2013**, on the Court's **9:01 a.m.** Calendar, in Courtroom 5 of the United States Courthouse, 1301 Clay Street, Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **Joint Statement** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Date: October 15, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**