**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CADENCE DESIGN SYSTEMS INC.,** | Case No.: 13-CV-1539 YGR |
| Plaintiff, | **ORDER CONTINUING COMPLIANCE HEARING** |
| vs. | |
| **BERKELEY DESIGN AUTOMATION INC.,** | |
| Defendant. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the representations of the parties, that the above-captioned case has settled. On October 15, 2013, the Court set a compliance hearing for November 15, 2013, at least five days before which the parties were required to file either a Stipulation of Dismissal or a one-page Joint Statement explaining their failure to file the Stipulation of Dismissal. On November 8, 2013, the parties timely filed such a Joint Statement, in which they indicate that finalization of their settlement documentation requires their engineers to prepare "certain jointly developed technical specifications." (Dkt. No. 29 at 2.)

The Court is satisfied with the parties' explanation for their delay and therefore grants a short extension. The parties omitted any estimate of how long they need to complete their work, so the Court continues the compliance hearing for three weeks. Rather than November 15, it shall be held on **Friday, December 6, 2013**, on the Court's **9:01 a.m.** Calendar, in Courtroom 5 of the United States Courthouse, 1301 Clay Street, Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **Updated Joint Statement** setting forth an

explanation regarding the failure to comply and, if necessary, an informed and reasonably reliable estimate of how long compliance will take. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Date: November 14 , 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**