**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CADENCE DESIGN SYSTEMS INC.**, <br><br>    Plaintiff, <br><br>    vs. <br><br> **BERKELEY DESIGN AUTOMATION INC.**, <br><br>    Defendant. | Case No.: 13-CV-01539 YGR <br><br> **ORDER TERMINATING MOTION AS WITHDRAWN; SETTING COMPLIANCE DATE** |

On December 20, 2013, the Court held a compliance hearing in the above-captioned matter after the parties did not timely file a notice of settlement. As stated on the record, the parties have settled in principle and are finalizing settlement documentation. Further, in light of the imminence of finalization, Defendant orally withdrew its pending motion to dismiss. (Dkt. No. 17.) Accordingly, the Court directs the Clerk to **TERMINATE** that motion administratively.

The Court **SETS** a further compliance hearing on its 9:01 a.m. calendar on **Friday, January 17, 2014**, in Courtroom 5 of the United States Courthouse, 1301 Clay Street, Oakland, California. No less than five business days before the compliance hearing, the parties shall jointly file either (1) a Notice of Dismissal of this action or (2) a one-page Statement of non-compliance. If compliance is complete, the hearing shall be vacated and no appearance shall be required.

This Order terminates Dkt. No. 17.

**IT IS SO ORDERED.**

Date: December 20, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**