IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
M. ELIZABTH DAY (SBN 177125)
eday@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: 650.618.4360
Facsimile: 650.618.4368

Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
January 22, 2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY DESIGN AUTOMATION, INC., a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 13-cv-01539-YGR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiff Cadence Design Systems, Inc. and Defendant Berkeley Design Automation, Inc. that pursuant to Fed.R.Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: January 21, 2014

-1-

**JOINT STIP RE DISMISSAL– CASE NO. CV-13-01539-YGR**

| | |
|---|---|
| O'MELVENY & MYERS LLP | FEINBERG DAY ALBERTI & THOMPSON LLP |
| By: /s/ *David R. Eberhart*<br>   DAVID R. EBERHART<br>   DARIN W. SNYDER | By: /s/ *Ian N. feinberg*<br>   IAN N. FEINBERG<br>   M. ELIZABETH DAY |
| Attorneys for Defendant BERKELEY DESIGN AUTOMATION, INC. | Attorneys for Plaintiff CADENCE DESIGN SYSTEMS, INC. |

**ATTESTATION**

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from the other signatory hereto.

By: /s/ *Ian N.Feinberg*
   Ian N. Feinberg